# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2009

138653

LITITIA BOND, Personal Representative of
the Estate of NORMA JEAN BLOCKER,
Deceased,
          Plaintiff-Appellant,

and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
          Intervening Plaintiff,

v

ADAM COOPER, M.D., KRISTEN McDANIEL,
D.O., and BOTSFORD GENERAL HOSPITAL,
          Defendants-Appellees.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138653
COA: 273315
Oakland CC: 2005-066794-NH

On order of the Court, the application for leave to appeal the March 3, 2009 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and the order of the Oakland Circuit Court granting the defendants' motion for summary disposition, and we REMAND this case to the Oakland Circuit Court for reconsideration in light of *Bush v Shabahang*, 484 Mich 156 (2009), and *Potter* v *McLeary*, 484 Mich 397 (2009).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2009 _____

d1028

_____
Clerk